IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **SUGEILIS VALLEE,** | : |
| | : |
| **Plaintiff,** | : CIVIL ACTION NO.: 1:15-cv-02746 |
| v. | : |
| | : HON. J. FREDERICK MOTZ |
| **MAXIM HEALTHCARE SERVICES, INC.,** | : |
| | : |
| **Defendant.** | : |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice and Motion to Withdraw G. Tony Atwal as Counsel for Plaintiff Sugeilis Vallee ("Plaintiff"), it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED** that G. Tony Atwal is hereby withdrawn as counsel for Plaintiff.

**SO ORDERED**.

Dated: _____, 2016

_____
**J. FREDERICK MOTZ**
**U.S. District Judge**